FILED
September 1, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. CR.S-05-0254-MCE
            Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
ABDULLAH ALMAHRI, )
)
            Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ABDULLAH ALMAHRI__ , Case No. __CR.S-05-0254-MCE__ , Charge ___ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   ___   Bail Posted in the Sum of $___

   _✔_   Unsecured Appearance Bond

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

   _✔_   (Other)       __PRETRIAL CONDITIONS AS STATED ON THE__

                       __RECORD__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 1, 2005__ at __2:11 pm__ .

                                   By   /s/ Gregory G. Hollows
                                        Gregory G. Hollows
                                        United States Magistrate Judge

Copy 5 - Court