LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
REINA GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-05-0254-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER |
| KABIL, et al., | ) | |
| Defendants. | ) | |

   IT IS HEREBY stipulated between the parties, Plaintiff, United States of America, by and through United States Attorney, McGregor W. Scott, and Assistant United States Attorney, Camil A. Skipper, and Defendant, Abdullah Almahri, through his attorney, William E. Bonham, Defendant Sophia Michelle Rangel, through her attorney Dina L. Santos, and Defendant Reina Gomez, through her attorney, Lorie J. Teichert, that the previously set Status Conference of October 25, 2005 be continued to December 13, 2005 at 8:30 a.m.

   It is further stipulated and agreed between the parties that the period between October 25, 2005 and December 13, 2005, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act as the parties are attempting to locate witnesses, conduct interviews, and perform further investigation.

///

///

1 | All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of
2 | Title 18, United States Code, section 3161(h)(8)(B)(iv), and Local Code T4.
3 | Dated: October 21, 2005                     Respectfully submitted,
4 |                                              /s/ William E. Bonham
5 |                                             WILLIAM E. BONHAM
  |                                             Attorney for Defendant
  |                                             Abdullah Almahri

7 |                                              /s/ Dina L. Santos
8 |                                             DINA L. SANTOS
  |                                             Attorney for Defendant
  |                                             Sophia Michelle Rangel

10|                                              /s/ Lorie J. Teichert
  |                                             LORIE J. TEICHERT
11|                                             Attorney for Defendant
  |                                             Reina Gomez

13| Dated: October 21, 2005                     McGREGOR W. SCOTT
  |                                             United States Attorney

15|                                             By: /s/ Camil A. Skipper
  |                                                CAMIL A. SKIPPER
16|                                                Assistant U.S. Attorney

18|                                             ORDER

19| **IT IS SO ORDERED**.

20| Dated: October 21, 2005

                                              _____
                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE