William E. Bonham
Attorney at Law
California State Bar No. 55478
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Suite A
Sacramento, CA  95814

Telephone:  (916) 5571113
Facsimile:  (916) 557-1118
Email: williambonhamatty@sbcglobal.net

Attorney for Defendant
Abdullah Almahri

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:05-cr-0254-MCE |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND [PROPOSED] ORDER |
| ) KABIL, et al., ) | |
| ) Defendants. ) | |
| _____) | |

   IT IS HEREBY stipulated between the parties, Plaintiff, United States of America, by and through United States Attorney, McGregor W. Scott, and Assistant United States Attorney, Camil A. Skipper, and Defendant, Abdullah Almahri, through his attorney, William E. Bonham, Defendant Sophia Michelle Rangel, through her attorney Dina L. Santos, and Defendant Reina Gomez, through her attorney, Lorie J. Teichert, that the previously set Status Conference of January 31, 2006 be continued to February 28, 2006 at 8:30 a.m.

   It is further stipulated and agreed between the parties that the period between January 31, 2006 and February 28, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act in that Defendant Almahri just receive a proposed plea agreement and his attorney needs additional time to review and discuss with his client with an Arabic interpreter and further evaluation and

research as to immigration consequences.  Codefendants join in the stipulation for further negotiations and that there remains, one and possible more additional witnesses that need to interviewed with interpreters that will most likely lead to further investigation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, section 3161(h)(8)(B)(iv), and Local Code T4.

Dated: January 27, 2006                    Respectfully submitted,

                                         /s/ William E. Bonham
                                       WILLIAM E. BONHAM
                                       Attorney for Defendant
                                       Abdullah Almahri

                                         /s/ Dina L. Santos
                                       DINA L. SANTOS
                                       Attorney for Defendant
                                       Sophia Michelle Rangel

                                         /s/ Lorie J. Teichert
                                       LORIE J. TEICHERT
                                       Attorney for Defendant
                                       Reina Gomez

Dated: January 27, 2006                    McGREGOR W. SCOTT
                                       United States Attorney

                                       By: /s/ Camil A. Skipper
                                         CAMIL A. SKIPPER
                                         Assistant U.S. Attorney

                                             <u>ORDER</u>

**IT IS SO ORDERED**.

Dated: January 31, 2006

                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE