William E. Bonham
Attorney at Law
California State Bar No. 55478
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Suite A
Sacramento, CA  95814

Telephone:  (916) 5571113
Facsimile:  (916) 557-1118
Email: williambonhamatty@sbcglobal.net

Attorney for Defendant
Abdullah Almahri

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:05-cr-0254-MCE |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER |
| KABIL, et al., | ) | |
| Defendants. | ) | |

　　　IT IS HEREBY stipulated between the parties, Plaintiff, United States of America, by and through United States Attorney, McGregor W. Scott, and Assistant United States Attorney, Camil A. Skipper, and Defendant, Abdullah Almahri, through his attorney, William E. Bonham, Defendant Sophia Michelle Rangel, through her attorney Dina L. Santos, and Defendant Reina Gomez, through her attorney, Lorie J. Teichert, that the previously set Status Conference of February 28, 2006 be continued to April 11, 2006 at 8:30 a.m..

　　　It is further stipulated and agreed between the parties that the period between February 28, 2006 and April 11,  2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act in that Defendant Almahri and his attorney needs additional time to discuss with his client through with an Arabic interpreter the consequences of a plea per the plea offer and further evaluation and

1  research as to immigration consequences.  Codefendants join in the stipulation for further
2  negotiations.  Additionally for defendants Almahri and Gomez there remains further
3  investigation of two and possible more additional witnesses that need to interviewed with
4  interpreters.  All parties stipulate and agree that this is an appropriate exclusion of time within
5  the meaning of Title 18, United States Code, section 3161(h)(8)(B)(iv), and Local Code T4.

Dated: February 27, 2006                    Respectfully submitted,

   /s/ William E. Bonham
WILLIAM E. BONHAM
Attorney for Defendant
Abdullah Almahri

   /s/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
Sophia Michelle Rangel

   /s/ Lorie J. Teichert
LORIE J. TEICHERT
Attorney for Defendant
Reina Gomez

Dated: February 27, 2006                    McGREGOR W. SCOTT
United States Attorney

By: /s/ Camil A. Skipper
    CAMIL A. SKIPPER
    Assistant U.S. Attorney

ORDER

**IT IS SO ORDERED**.

Dated: March 3, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE