1  William E. Bonham
   Attorney at Law
2  California State Bar No. 55478
   Hotel de' France Bldg., Old Sacramento
3  916 Second Street, 2nd Floor, Suite A
   Sacramento, CA  95814
4
   Telephone:  (916) 5571113
5  Facsimile:  (916) 557-1118
   Email: williambonhamatty@sbcglobal.net
6
   Attorney for Defendant
7  Abdullah Almahri

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11

12 UNITED STATES OF AMERICA,       /   No. 2:05-cr-00254-MCE
                                   /
13                                 /   EX PARTE MOTION FOR ORDER
        v.                         /   FOR RETURN OF PASSPORTS,
14                                 /   & ORDER
                                   /
15 ABDULLAH ALMAHRI                /
                                   /
16 _____Defendant._/

17
        Defendant Abdullah Almahri, through counsel William E. Bonham,
18
   hereby moves the court for an order to return passports to Abdullah
19
   Almahri.  Mr. Almahri was required to surrender all passports to the
20
   Clerk"s Office as a condition of his pretrial release.  On or about
21
   December 13, 2005, two passports (one Saudi Arabian & one U.S. passport)
22
   were received by the Clerk of this District Court in Sacramento.  On
23
   July 19, 2007, Mr. Almahri's Probation was terminated after successfully
24
   completing his Probationary term(See notice from U.S.P.O. Glenn P.
25
   Simon, dated July 21, 2007, copy **ATTACHED).**
26
   ///
27
   ///
28

Mr. Sneef plan for travel has been discussed with his Probation Officer Thomas Brown as to making propr arrangements.  Therefore it is respectfully requested for an order returning Mr. Almahri's passports that are in the custody of the Court Clerk.

Dated: September 10, 2007

Respectfully submitted,

/s/ William E. Bonham
WILLIAM E. BONHAM
Attorney for Defendant Abdullah Almahri

**ORDER**

**IT IS HEREBY ORDERED** that the Clerk of the Court release all passports received from the Defendant, Abdullah Almahri be released to Abdullah Almahri or his attorney, William E. Bonham.

Dated: September 12, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE